United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

SHAUN ROSIERE,

                Plaintiff,

      v.

UNITED STATES OF AMERICA,

                Defendant.

Case No.3:16-cv-02765-LB

NOTICE REGARDING LEGAL HELP
DESK AND *HANDBOOK FOR LITIGANTS
WITHOUT A LAWYER*

Because you are representing yourself in this case, the court issues this notice to you about

legal resources available to you. First, the court attaches a copy of the district court's *Handbook

for Litigants Without a Lawyer*. It provides instructions on how to proceed at every stage of your

case, including discovery, motions, and trial. Second, you may wish to seek assistance from the

Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-

8982, or by signing up for an appointment on the15th Floor of the Federal Courthouse in San

Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you

will be able to speak with an attorney who may be able to provide basic legal help but not

representation. A copy of the Legal Help Center's flyer is attached.

**IT IS SO ORDERED.**

Dated: August 1, 2016

_____

LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California

1

2

3                             UNITED STATES DISTRICT COURT

4                            NORTHERN DISTRICT OF CALIFORNIA

5

6      SHAUN ROSIERE,                                Case No.  3:16-cv-02765-LB

              Plaintiff,

7

              v.                                     **CERTIFICATE OF SERVICE**

8
       UNITED STATES OF AMERICA,

9
              Defendant.

10

11
              I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

12     District Court, Northern District of California.

13

14
              That on August 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing

15     said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

16     depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

17     receptacle located in the Clerk's office.

18

19     Shaun  Rosiere
       7380 S. Eastern Ave.
20     Ste #124265
       Las Vegas, NV 89123
21

22

23     Dated: August 1, 2016

24

25                                                   Susan Y. Soong
                                                     Clerk, United States District Court
26

27
                                                     By:_____
28                                                   Lashanda Scott, Deputy Clerk to the

                                                     2

Honorable LAUREL BEELER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California